### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAPITAL FUNDING, LLC** | : | |
| | : | No. 2:24-cv-03056-RBS |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **LENNOX APARTMENTS GEM LLC** | : | |
| | : | |
| Defendant. | : | |
| | ; | |
| **CAPITAL FUNDING, LLC** | ; | |
| | ; | No. 2:24-cv-04663-RBS |
| Plaintiff, | ; | |
| | ; | |
| vs. | ; | |
| | ; | |
| **MENACHEM TRESS AND ELIMELECH TRESS,** | ; | |
| | ; | |
| Defendants. | ; | |

### STIPULATION AND ORDER DISMISSING ACTIONS

WHEREAS, on or about June 18, 2024, Plaintiff Capital Funding ("Capital Funding") filed a Complaint against Defendant Lennox Apartments GEM LLC ("Lennox") for *in rem* mortgage foreclosure on the mortgage securing real property located at 234–242 West Walnut Lane, Philadelphia, Pennsylvania, 19144 (the "Lennox Property") in the Court of Common Pleas of Philadelphia County (the "Lennox Borrower Action").

WHEREAS, on or about July 15, 2024, Lennox removed the Lennox Borrower Action to the U.S. District Court for the Eastern District of Pennsylvania, which remains pending at: C.A. 24-cv-03056-RBS.

WHEREAS, on July 22, 2024, Lennox filed an Answer in the Lennox Borrower Action and asserted counterclaims against Capital Funding (the "Lennox Borrower Counterclaims").

WHEREAS, on or about August 5, 2024, Capital Funding moved to appoint a receiver, and such motion was fully briefed and is pending (the "Motion to Appoint Receiver").

WHEREAS, on or about August 30, 2024, Capital Funding moved to dismiss the Lennox Borrower Counterclaims, and such motion was fully briefed and is pending (the "Motion to Dismiss Counterclaims," and collectively with the Motion to Appoint Receiver, the "Motions").

WHEREAS, on or about September 4, 2024, Capital Funding filed a complaint against Menachem Tress and Elimelech Tress (collectively, the "Guarantors") in the U.S. District Court for the Eastern District of Pennsylvania for breach of the Lennox Guaranty (the "Lennox Guaranty Action" and, together with the Lennox Borrower Action, the "Actions"), which remains pending at: C.A. No. 24-cv-4663.

WHEREAS, on October 7, 2024, the Guarantors filed an Answer in the Lennox Guaranty Action (the "Lennox Guaranty Answer").

WHEREAS, by order of the Court [D.I. 21], the cases were consolidated on December 4, 2024.

WHEREAS, on December 20, 2024, the Parties entered into a forbearance agreement (the "Forbearance Agreement") pursuant to which, the Parties agreed, among other things, that Defendants would satisfy the amounts owed to Capital Funding and to dismiss, subject to this Court's approval, the Actions in their entirety without prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1.    Capital Funding's claims brought forth in the Actions are dismissed without

2

prejudice, subject to Capital Funding's right to reinstate the Actions in the event of breach of the Forbearance Agreement or otherwise.

2. Lennox's Answer, Affirmative Defenses, and Counterclaims filed in the Lennox Borrower Action [D.I. 7] is hereby amended so that the allegations in the foreclosure complaint are admitted by Lennox, and the affirmative defenses and counterclaims are dismissed with prejudice.

3. The Guarantors' Answer and Affirmative Defenses filed in the Lennox Guaranty Action [D.I. 10] is hereby amended so that the allegations in the guaranty complaint are admitted, and the affirmative defenses are dismissed with prejudice.

4. The Motions are deemed withdrawn.

| **HOLLAND & KNIGHT LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| /s/ *Benjamin Wilson* | /s/ *Theodore H. Jobes* |
| Benjamin Wilson | Theodore H. Jobes |
| Justin M. Kadoura | 2000 Market Street, 20th Floor |
| 1650 Market Street, Suite 3300 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | Tel: (215) 299-2786 |
| Tel: (215) 252-9600 | tjobes@foxrothschild.comt |
| benjamin.wilson@hklaw.com | |
| Justin.kadoura@hklaw.com | *Attorneys for Defendants Lennox Apartments GEM, LLC, Menachem Tress, and Elimelech Tress* |
| *Attorneys for Plaintiff Capital Funding, LLC* | |

**SO ORDERED** this 26th day of _December, 2024.

s/ *R. Barclay Surrick*
_____
R. BARCLAY SURRICK, J.